UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMP DIVISION

**Jennie Martinez,**

    *Plaintiff,*

**v.**                                                                                          **Case No: 8:22-cv-736-KKM-JSS**

**Equifax Information Services, LLC,**

    *Defendant.*
_____/

**NOTICE OF SETTLEMENT WITH DEFENDANT**

    In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Equifax Information Services, LLC have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Equifax Information Services, LLC from this case with prejudice.

    Dated April 14, 2022,

                                                           **SERAPH LEGAL, P. A.**

                                                           */s/ Bridget L. Scarangella*
                                                           Bridget L. Scarangella, Esq.
                                                           Florida Bar No.: 1022866
                                                           BScarangella@SeraphLegal.com
                                                           Seraph Legal, P. A.
                                                           1614 North 19th Street
                                                           Tampa, FL 33605
                                                           (813) 321-2345
                                                           Counsel for Plaintiff

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on April 14, 2022 a true and correct copy of foregoing was filed electronically via the CM/ECF System and served via e-notice on counsel of record for all parties.

                                                    /s/ *Bridget L. Scarangella*
                                                    Bridget L. Scarangella, Esq.
                                                    Florida Bar No.: 1022866