UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIE MARTINEZ,

    Plaintiff,

v.                                               Case No. 8:22-cv-0736-KKM-JSS

EQUIFAX INFORMATION
SERVICES LLC,

    Defendant.
_____

## ORDER

The parties notified the Court that they settled this case. (Doc. 11.) Accordingly, the Court orders that this case is **dismissed without prejudice.** *See* Local Rule 3.09(b). Within **30 days** of this order, the parties may submit a stipulated form of final order or judgment or, upon good cause, move to reopen the action. After that 30-day period, dismissal shall be **with prejudice.** The Clerk is directed to administratively reopen this case, terminate any pending motions and deadlines, and to close this case.

    **ORDERED** in Tampa, Florida, on April 15, 2022.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge